IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY JACKSON, | No. 4:18-CV-01378 |
| Plaintiff, | (Judge Brann) |
| v. | |
| CONSUMER ADVOCACY CENTER, INC., | |
| Defendant. | |

## ORDER

**FEBRUARY 26, 2019**

On July 11, 2018, Jeremy Jackson filed a Complaint against the Consumer Advocacy Center, Inc.[1]  On January 21, 2019, the Consumer Advocacy Center indicated that it had bankruptcy petition pending before the United States Bankruptcy Court for the Southern District of Florida.[2]

Therefore, pursuant to 11 U.S.C. § 362, **IT IS HEREBY ORDERED** that the above-captioned matter is **STAYED**.  The parties **SHALL FILE** a status report on the bankruptcy proceedings every 60 days.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1]  ECF No. 1.

[2]  ECF No. 15.